1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

| 12  IN RE: BEXTRA AND CELEBREX | **MDL NO. 1699** |
| MARKETING SALES PRACTICES AND | **District Judge: Charles R. Breyer** |
| 13  PRODUCT LIABILITY LITIGATION | |

14  This Document Relates To:

15  *James Alan Bell vs. G.D. Searle LLC, et al.*      **AMENDED STIPULATION AND**
    (05-4450 CRB)                                       **ORDER OF DISMISSAL WITH**
16                                                      **PREJUDICE**

17  *James Rogers Fanning vs. G.D. Searle LLC, et al.*
    (05-4453 CRB)
18

19  *John J. Driscoll vs. Pfizer Inc, et al.*
    (05-4584 CRB)

20  *Barbara Clem vs. G.D. Searle LLC, et al.*
    (05-4736 CRB)
21

22  *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*
    (05-5360 CRB)

23  *Johnny Edwards vs. Pfizer Inc, et al.*
    (06-1914 CRB)
24

25  *William Crowley vs. Pfizer Inc*
    (06-2668 CRB)

26  *Connie B. Anderson vs. Pfizer Inc, et al.*
    (06-2784 CRB)
27

28  *Tracy Baral vs. Pfizer Inc, et al.*
    (06-2912 CRB)

-1-

1

2 | *Willevene Gruver, et al. vs. Pfizer Inc, et al.*
(06-2940 CRB)

3 | *Michael Castle, et al. vs. Pfizer Inc, et al.*
(06-3061 CRB)

4

5 | *Henry Anderson vs. Pfizer Inc, et al.*
(06-3418 CRB)

6 | *Carolyn Chasteen vs. Pfizer Inc, et al.*
(06-3433 CRB)

7

8 | *James Craig vs. Pfizer Inc, et al.*
(06-3554 CRB)

9 | *Connie Akridge vs. Pfizer Inc, et al.*
(06-3555 CRB)

10

11 | *Faye Cochran vs. G.D. Searle LLC, et al.*
(06-3654 CRB)

12 | *Herbert R. Gorham vs. G.D. Searle LLC, et al.*
(06-3657 CRB)

13

14 | *David Dobbins vs. Pfizer Inc, et al.*
(06-3950 CRB)

15 | *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
(06-4012 CRB)

16

17 | *Jerry Goodman vs. Pfizer Inc, et al.*
(06-4013 CRB)

18 | *Gene N. Gordon vs. G.D. Searle LLC, et al.*
(06-4294 CRB)

19

20 | *Alyce B. Elliott vs. Pfizer Inc, et al.*
(06-4419 CRB)

21 | *Roger D. Conner vs. G.D. Searle LLC, et al.*
(06-4483 CRB)

22

23 | *Elaine Givens vs. Pfizer Inc, et al.*
(06-4608 CRB)

24 | *Shelia Adams, et al. vs. Pfizer Inc, et al.*
(06-5040 CRB)

25

26 | *Veronica Grice, et al. vs. Pfizer Inc, et al.*
(06-5385 CRB)

27 | *Jeffery L. Davis vs. Pfizer Inc, et al.*
(06-7009 CRB)

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2595197.1

1 | *Rick Detmer, et al. vs. Pfizer Inc, et al.*
(06-7523 CRB)

2

3 | *Randy Gunter, et al. vs. Pfizer Inc, et al.*
(06-7524 CRB)

4 | *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
(06-7770 CRB)

5

6 | *Christene Canada vs. Pfizer Inc, et al.*
(06-7771 CRB)

7 | *Christine Erickson, et al. vs. Pfizer Inc, et al.*
(06-7772 CRB)

8

9 | *Dannie Graham vs. Pfizer Inc, et al.*
(06-7774 CRB)

10 | *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
(06-7775 CRB)

11

12 | *Michael Fisher vs. Pfizer Inc, et al.*
(07-0761 CRB)

13 | *George S. Chiotakis vs. Pfizer Inc, et al.*
(07-0860 CRB)

14

15 | *Ricky Estep vs. Pfizer Inc, et al.*
(07-0971 CRB)

16 | *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
(07-1124 CRB)

17

18 | *Shirley Darling, et al. vs. Pfizer Inc, et al.*
(07-1356 CRB)

19 | *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
(07-1371 CRB)

20

21 | *Richard L. Bowden vs. Pfizer Inc, et al.*
(07-1375 CRB)

22 | *Betty Grulke vs. Pfizer Inc, et al.*
(07-1768 CRB)

23

24 | *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
(07-1874 CRB)

25 | *Phyllis Buonopane vs. Pfizer Inc, et al.*
(07-2026 CRB)

26

27 | *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
(07-3034 CRB)

28 | *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1  (07-3643 CRB)

2  *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
   (07-3646 CRB)
3
   *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
4  (07-3955 CRB)

5  *Helen Alexander, et al. vs. Pfizer Inc, et al.*
   (07-4382 CRB)
6
   *James Dauphinais, et al. vs. Pfizer Inc, et al.*
7  (07-4983 CRB)

8  *James Darty vs. G.D. Searle LLC, et al.*
   (07-5399 CRB)
9
   *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
10 (07-5590 CRB)

11 *Morris Adams, et al. vs. Pfizer Inc, et al.*
   (07-5591 CRB)
12
   *Peter Fos vs. Pfizer Inc, et al.*
13 (07-5685 CRB)

14 *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
   (07-5703 CRB)
15
   *Vivian Cobb vs. Pfizer Inc, et al.*
16 (08-0257 CRB)

17 *Roberta Bowman vs. Pfizer Inc, et al.*
   (08-0303 CRB)
18
   *Harriet Bratcher vs. Pfizer Inc, et al.*
19 (08-0795 CRB)

20 *Olive Beebe, et al. vs. Pfizer Inc, et al.*
   (08-0977 CRB)
21
   *Ramond Beaver vs. Pfizer Inc, et al.*
22 (08-1015 CRB)

23 *Robert Colman vs. Pfizer Inc, et al.*
   (08-1016 CRB)
24
   *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
25 (08-1224 CRB)

26 *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
   (08-1351 CRB)
27
   *Tim Gray vs. Pfizer Inc, et al.*
28 (08-1434 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1
2   *Owen L. May, et al. vs. Pfizer Inc, et al.*
    (08-1590 CRB)

3   *Ronald Carr, et al. vs. Pfizer Inc, et al.*
    (08-1591 CRB)
4
    *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
5   (08-1746 CRB)

6   *Earnest Colvin vs. Pfizer Inc, et al.*
    (08-2470 CRB)
7
    *Velma Burt vs. Pfizer Inc, et al.*
8   (08-2471 CRB)

9   *Sarah Benton vs. Pfizer Inc, et al.*
    (08-2605 CRB)
10
    *Lawanda Bell vs. Pfizer Inc, et al.*
11  (08-3708 CRB)

12       Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

13  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

15  each side bearing its own attorneys' fees and costs.

16

17

18

19

20

21

22  DATED: 10|2|2009     By: Marian Ward J.

23

24                       **BEASLEY, ALLEN, CROW, METHVIN,**
                         **PORTIS & MILES, P.C.**
                         218 Commerce Street
25                       P.O. Box 4160
                         Montgomery, Alabama 36103
26                       Telephone: 334-269-2343
                         Facsimile: 334-954-7555
27
                         *Attorneys for Plaintiffs*
28

                                    -5-

                STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
    EAST\42595197.1

1   DATED: Oct. 29, 2009      By: _____

2

3                                   **DLA PIPER LLP (US)**
                                    1251 Avenue of the Americas
4                                   New York, New York 10020
                                    Telephone: 212-335-4500
5                                   Facsimile: 212-335-4501

6                                   *Defendants' Liaison Counsel*

7

8   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
9   IT IS SO ORDERED.**

10

11  Dated: NOV 1 3 2009

12                                  Hon. Charles R. Breyer
                                    United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42595197.1